FILED

2008 JUL -1 PH 2:02

CLERK US DI...
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GARCIA FLORES,<br><br>                                 Petitioner,<br><br>            v.<br><br>JAMES TILTON, Director of the<br>California Department of Corrections and<br>Rehabilitation,<br><br>                                 Respondent. | Civil No.    08cv1086 BEN (BLM)<br><br>**ORDER DISMISSING CASE<br>WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding *pro se*, has filed a Petition for Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2254.

## FAILURE TO SATISFY FILING FEE REQUIREMENT

Petitioner has failed to pay the $5.00 filing fee and has failed to move to proceed *in forma pauperis*. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed *in forma pauperis*, the Court dismisses the case without prejudice. *See* Rule 3(a), 28 U.S.C. foll. § 2254.

## FAILURE TO NAME PROPER RESPONDENT

On federal *habeas*, a state prisoner must name the state officer having custody of him as the respondent. *Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Federal courts lack personal jurisdiction when a *habeas* petition fails to name a proper respondent. *See id.*

1       The warden is the typical respondent. However, "the rules following section 2254 do not

2 specify the warden." *Id.* "[T]he 'state officer having custody' may be 'either the warden of the

3 institution in which the petitioner is incarcerated . . . or the chief officer in charge of state penal

4 institutions.'" *Id.* (quoting Rule 2(a), 28 U.S.C. foll. § 2254 advisory committee's note). If "a

5 petitioner is in custody due to the state action he is challenging, '[t]he named respondent shall

6 be the state officer who has official custody of the petitioner (for example, the warden of the

7 prison).'" *Id.* (quoting Rule 2, 28 U.S.C. foll. § 2254 advisory committee's note).

8       A long standing rule in the Ninth Circuit holds "that a petitioner may not seek [a writ of]

9 *habeas corpus* against the State under . . . [whose] authority . . . the petitioner is in custody. The

10 actual person who is [the] custodian [of the petitioner] must be the respondent." *Ashley v.*

11 *Washington*, 394 F.2d 125, 126 (9th Cir. 1968). This requirement exists because a writ of

12 *habeas corpus* acts upon the custodian of the state prisoner, the person who will produce "the

13 body" if directed to do so by the Court. "Both the warden of a California prison and the Director

14 of Corrections for California have the power to produce the prisoner." *Ortiz-Sandoval*, 81 F.3d

15 at 895.

16       Here, Petitioner has incorrectly named "Director of Corrections - Tilton," as Respondent.

17 James Tilton is no longer the Director of the California Department of Corrections and

18 Rehabilitation. In order for this Court to entertain the Petition, Petitioner must name the warden

19 in charge of the state correctional facility in which Petitioner is presently confined or the **current**

20 Director of the California Department of Corrections. *Brittingham v. United States*, 982 F.2d

21 378, 379 (9th Cir. 1992) (*per curiam*).

22 **CONCLUSION AND ORDER**

23       Accordingly, the Court **DISMISSES** the Petition without prejudice due to Petitioner's

24 failure to (1) pay the $5.00 filing fee and move to proceed *in forma pauperis*; and (2) name a

25 proper respondent. If Petitioner wishes to proceed with this case, he must submit, **no later than**

26 **August 29, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability

27 to pay the fee **AND** a First Amended Petition in conformance with this Order.

28 ///

-2-

08cv1086

1      The Clerk of Court is directed to send Petitioner a blank Southern District of

2 California *In Forma Pauperis* Application and a blank First Amended Petition form, along

3 with a copy of this Order.

4      **IT IS SO ORDERED.**

5 Dated: June 20, 2008

6

7 Roger T. Benitez
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28