FILED

2008 JUL 14 AM 11:05

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___PM___ DEPUTY

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

\# 152948    -- TC
\* \* C O P Y \* \*
July 14, 2008
11:03:23

**Habeas Corpus**
USAO #.: 08CV1086
Judge..: ROGER T BENITEZ
Amount.:                $5.00 CA

Total-> $5.00

FROM: RAFAEL GARCIA FLORES
   VS
   JAMES TILTON