NUNC PRO TUNC
JUL 1 5 2008

Civil No. 08cv1086 BEN (BLM)

FILED
08 JUL 18 AM 10: 10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

United States District Court Southern District of California

RAFAEL GARCIA FLORES

petitioner in pro se

v.

Michael A. Smelosky (Warden)

Respondent

I, Rafael Garcia Flores, am naming the proper respondent.

Dated:

July 07, 2008

Rafael Garcia Flores   F.22302

Rafael Garcia Flores, petitioner in pro se